# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PEGGY VALENTINE

NO. 2026 KW 0503

JUNE 1, 2026

---

In Re: Peggy Valentine, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45712.

---

BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

**WRIT DENIED.** The record of the Ascension Parish Clerk of Court reflects the district court is proceeding toward disposition of this matter.

MRT
KEB
BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.